UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10 DEC 16 AM 11:48

| UNITED STATES OF AMERICA, | CASE NO. 10CR4467-LAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| OMAR ALEJANDRO RAMOS-VILLAREAL, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case #10CR4899-LAB against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information: 21 USC 952 AND 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: DECEMBER 15, 2010

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE